AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>Ivis Orlando MALDONADO CABRERA,<br>a/k/a Luis Ivis MALDONADO CABRERA<br><br>Defendant(s) | Case No. 5:25-MJ- 302 (ML) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 18, 2025 in the county of Onondaga in the Northern District of New York the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) & (b)(2) | Re-entry of a previously deported or removed alien & re-entry of a previously deported or removed alien subsequent to an aggravated felony conviction. |

This criminal complaint is based on these facts:
See Attached Affidavit

☒ Continued on the attached sheet.

_____
Complainant's signature

Igor A. Molchanovich, Deportation Officer, ICE
Printed name and title

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: September 25th, 2025

_____
Judge's signature

City and State: Binghamton, New York

Hon. Miroslav Lovric, U.S. Magistrate Judge
Printed name and title

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Igor A. Molchanovich, of the United States Immigration and Customs Enforcement, Department of Homeland Security, being duly sworn under oath, do hereby depose and state the following:

1. I am a Deportation Officer with the United States Immigration and Customs Enforcement, hereafter referred to as ICE. I have been employed by ICE since November of 2023. Prior to my employment with ICE, I was employed by U.S. Customs and Border Protection as a sworn U.S. Customs and Border Protection Officer since January of 2017.

2. As a part of my duties during my employment with the ICE, I have investigated violations of the Immigration and Nationality Act and violations of the United States Code, in particular Title 8, United States Code, Section 1326(a), regarding the re-entry of a previously deported or removed alien and Title 8, United States Code, Section 1326(b)(2), regarding the re-entry of a previously deported or removed alien subsequent to an aggravated felony conviction.

3. This affidavit is based upon my own knowledge, my review of official records of the former Immigration and Naturalization Service (INS) and current Immigration & Customs Enforcement (ICE) and upon information that I obtained from other law enforcement officers involved with this investigation.

4. I make this affidavit in support of the annexed Criminal Complaint charging **Ivis Orlando MALDONADO CABRERA, a/k/a Luis Ivis MALDONADO CABRERA**, with a violation of Title 8, United States Code, Section 1326(a), regarding the re-entry of a previously removed or

1

deported alien and Title 8, United States Code, Section 1326(b)(2), regarding the re-entry of a previously removed or deported alien subsequent to an aggravated felony conviction.

5. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth only facts that I believe are necessary to establish probable cause to demonstrate that Title 8, United States Code, Sections 1326(a) & (b)(2) have been violated.

6. On September 18, 2025, ICE administratively arrested **Ivis Orlando MALDONADO CABRERA** during targeted enforcement operation near 1864 Bellevue Avenue, Syracuse, New York 13204. Subsequent to the ICE administrative arrest on September 18, 2025, **Ivis Orlando MALDONADO CABRERA** was transported to ICE Office located at 100 Northern Concourse, Syracuse, New York 13212, and processed as Notice of Intent/Decision to Reinstate Prior Order under Alien Registration Number A** *** 675. Record checks were conducted with the Department of Homeland Security indices and revealed a match to **Ivis Orlando MALDONADO CABRERA** associated with FBI number **6***ND0** and Alien Registration number **A** *** 675**. A review of electronic records pertaining to A** *** 675 indicate **Ivis Orlando MALDONADO CABRERA** is a citizen and national of Honduras and his date of birth is April 22, 1981. According to additional record checks, **Ivis Orlando MALDONADO CABRERA** was previously removed from United States.

7. On September 18, 2025, ICE collected **Ivis Orlando, MALDONADO CABRERA's** electronic fingerprint impressions. On September 18, 2025, the said electronic fingerprint impressions were submitted to Federal Bureau of Investigation, Identification Division, in Clarksburg, West Virginia, via Integrated Automated Fingerprint Identification System (IAFIS). This set of fingerprints produced a positive biometric match with **Ivis Orlando MALDONADO**

2

CABRERA, FBI number 6*****ND0, and Alien Registration Number A** *** 675.

8. A review of documents contained in the Alien Registration File for **Ivis Orlando MALDONADO CABRERA** revealed the following:

   a. On or about October 29, 2013, **Ivis Orlando MALDONADO CABRERA** was ordered removed from the United States to Honduras by a Designated Immigration Official at or near Houston, New Texas. On or about November 13, 2013, **Ivis Orlando MALDONADO CABRERA** was physically removed from the United States to Honduras. **Ivis Orlando MALDONADO CABRERA** was provided with Immigration Form I-294, advising him that he would be in violation of Title 8, United States Code, Section 1326, if he entered, attempted to enter, or was found in the United States without the permission of the United States Attorney General or his Successor, the Secretary of Homeland Security.

9. Based on the above referenced immigration record checks; **Ivis Orlando MALDONADO CABRERA** has no valid immigration status in the United States and is illegally present. In addition, there is no evidence of any authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, for **Ivis Orlando MALDONADO CABRERA** to have re-entered the United States after his last removal.

10. Record checks revealed that on August 24, 2012, in the 178th District Court, Harris County, Texas, **Ivis Orlando MALDONADO CABRERA** was convicted of a Second-Degree Felony: Robbery and sentenced to two years of confinement.

11. Wherefore, it is respectfully submitted that probable cause exists to believe that **Ivis Orlando MALDONADO CABRERA** did violate Title 8, United States Code, Sections 1326(a) & (b)(2), in that he, a citizen and national of Honduras, having been ordered removed from the United States on or about October 29, 2013 and having been physically removed from the

United States on or about November 13, 2013, subsequent to an aggravated felony conviction, was thereafter found present in the Northern District of New York on or about September 18, 2015, without prior authorization or approval from the Attorney General of the United States or the Secretary of the Department of Homeland Security.

ATTESTED TO BY THE AFFIANT:

Igor A. Molchanovich
Deportation Officer, ICE
U.S. Department of Homeland Security

I, the Honorable Miroslav Lovric, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by telephone on September 25, 2025, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure

Hon. Miroslav Lovric
United States Magistrate Judge

4